Certificate Number: 05781-PAM-DE-037054123

Bankruptcy Case Number: 22-01853


05781-PAM-DE-037054123

# <u>C</u>ERTIFICATE <u>O</u>F <u>D</u>EBTOR <u>E</u>DUCATION

I CERTIFY that on <u>December 20, 2022</u>, at <u>3:39</u> o'clock <u>AM PST</u>, <u>William Dempsey</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 20, 2022</u>

By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>